PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**          ) <br> ) <br> vs.                                   ) <br> ) <br> **Joseph GARCIA**                          ) <br> ) | **Docket Number: 2:95CR00505-02** |

On October 21, 1999, the above-named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

            Respectfully submitted,

            /s/Terri L. Wilkins
            **Terri L. Wilkins**
        **Supervising United States Probation Officer**

Dated:   April 21, 2011
        Sacramento, California

Re:   **Joseph GARCIA**
**Docket Number:   2:99CR00505-02**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

<u>5/10/2011</u>                                     <u>/s/ John A. Mendez</u>
**Date**                                              **John A. Mendez**
                                                       **United States District Judge**


Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office